Eric F. Fagan SBN 87071
Jeremy S. Golden SBN 228007
LAW OFFICES OF ERIC F. FAGAN
2220 Otay Lakes Rd. #502-84
Chula Vista, CA 91915
efagan@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff MARTIN CABRERA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CABRERA )<br>)<br>      Plaintiff )<br>)<br>v. )<br>)<br>REAL TIME RESOLUTIONS INC., a )<br>corporation; PRENOVOST, NORMANDIN, )<br>BERGH & DAWE a professional corporation; )<br>and THEODORE A. PRENOVOST, an )<br>individual; and DOES 1 through 10 inclusive, )<br>)<br>      Defendants )<br>) | Civil Case No. CV-06-06123 SI<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT DATES** |

     Plaintiff hereby applies to this court *ex parte* to continue the Case Management Dates in the above-entitled case. The complaint in this action was filed on September 29, 2006. An amended complaint was filed on November 9, 2006. Plaintiff is waiting for the amended summons to be returned from the court so he can serve the Defendants with the amended complaint. However, as of December 27, 2006, no defendant has responded to the complaint.

     Thus, it would be premature to conduct a Case Management Conference before any Defendant has appeared. Plaintiff, therefore, requests that the Case Management Dates be continued approximately two months. Plaintiff requests the following dates:

//

Plaintiff's *ex parte* application to continue Case Management Dates

**February 16, 2007** – last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either stipulation to ADR Process or Notice of Need for ADR Phone conference

**March 2, 2007** – last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report

**March 9, 2007** – Initial Case Management Conference (CMC) in Courtroom 10, 19th Floor at 2:00 p.m.

Dated 12/27/2006

_____/S/_____
Eric F. Fagan, Attorney for Plaintiff

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Case Management Dates in the above-entitled case be continued to the following days and times:

**February 16, 2007** – last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either stipulation to ADR Process or Notice of Need for ADR Phone conference

**March 2, 2007** – last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report

**March 9, 2007** – Initial Case Management Conference (CMC) in Courtroom 10, 19th Floor at 2:00 p.m.

Dated 12/27/2006

_____
UNITED STATES DISTRICT JUDGE

Plaintiff's *ex parte* application to continue Case Management Dates