1 Eric F. Fagan (SBN 87071)
Law Offices of Eric F. Fagan
2 2220 Otay Lakes Rd. #502-84
Chula Vista, Ca. 91915
3 efagan@efaganlaw.com
Phone: 619-656-6656  fax:  775-898-5471
4 Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CABRERA ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> REAL TIME RESOLUTIONS INC., a ) <br> corporation; PRENOVOST, NORMANDIN, ) <br> BERGH & DAWE a professional corporation; ) <br> and THEODORE A. PRENOVOST, an ) <br> individual; and DOES 1 through 10 inclusive, ) <br> ) <br> Defendants ) <br> ) <br> _____ ) | Civil Case No.:  CV-06-06123 SI <br><br> **REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE** <br><br> Time: 2:00 AM <br> Date: March 9, 2007 <br> Judge: Hon. Susan Illston |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      Because counsel for the plaintiff Martin Cabrera are located in San Diego, California, counsel respectfully requests to be allowed to appear at the March 9, 2007 Case Management Conference via telephone from his office at 2300 Boswell Rd. Ste 211, Chula Vista, CA 91914; (619) 656-6656.

Respectfully submitted,

      Dated 3/5/2007

                                      /S/ Eric F Fagan_____
                              Eric F Fagan, Attorney for Plaintiffs

REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

1       The Court hereby grants Eric F. Fagan's request to appear at the above-mentioned Case Management
2 Conference telephonically.
3       IT IS SO ORDERED.

4
5 Date:_____       _____
      The Hon. Susan Illston

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE