```
 1  Eric F. Fagan SBN 87071
    LAW OFFICES OF ERIC F. FAGAN
 2  2220 Otay Lakes Rd. #502-84
 3  Chula Vista, CA 91915
    eric@efaganlaw.com
 4  Phone: 619-656-6656 / Fax: 775-898-5471
    Attorney for Plaintiff
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11
12  MARTIN CABRERA               )
                                 )
13        Plaintiff              )
                                 )
14  v.                           )   Civil Case No.: CV-06-06123 SI
                                 )
15  REAL TIME RESOLUTIONS INC., a)
    corporation; PRENOVOST, NORMANDIN,)  STIPULATION OF DISMISSAL
16  BERGH & DAWE a professional corporation;)
    and THEODORE A. PRENOVOST, an)
17  individual; and DOES 1 through 10 inclusive,)
                                 )
18        Defendants             )
19                               )
20
21        IT IS HEREBY STIPULATED by and between the Plaintiff and the Defendants Real Time
22  Resolutions Inc., Prenovost, Normandin, Bergh, & Dawe, and Theodore A. Prenovost, that to this action
23  through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
24  pursuant to FRCP 41(a)(1).
25  //
26  //
27  //
28  //
```

1

STIPULATION OF DISMISSAL

1  DATED: 3/27, 2007

_____
Eric F. Fagan
Attorney for Plaintiff

6  DATED: March 26, 2007

_____
Attorney for Defendant
Prenovost, Normandin, Bergh, & Dawe

10 DATED: March 26 2007

_____
Attorney for Defendant
Real Time Resolution

14 DATED: March 26 2007

_____
Attorney for Defendant
Theodore A. Prenovost

//
//

[PROPOSED] **ORDER**

IT IS HEREBY ORDERED that the entire action and all causes of action be dismissed pursuant to FRCP 41(a)(1) with prejudice.

IT IS SO ORDERED,

DATED: _____

_____
JUDGE OF THE DISTRICT COURT

2

STIPULATION OF DISMISSAL